IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW SEEKAMP,

        Plaintiff,                                  ORDER

    v.                                      Case No. 25-cv-963-wmc

HEATHER SWEET *et al.*,

        Defendants.

On November 21, 2025, plaintiff Andrew Seekamp, an inmate at the Monroe County Jail in Sparta, Wisconsin, filed a proposed civil complaint. Later that day, the court ordered plaintiff to pay the civil filing fee or file a motion for leave to proceed *in forma pauperis* and an inmate trust fund account statement by December 15, 2025. *See* dkt. 2. Plaintiff has filed a motion, dkt. 4, but not an account statement. Without it, I cannot determine whether he must prepay any portion of the filing fee under the *in forma pauperis* statute, 28 U.S.C. § 1915(b)(1).

For this case to proceed, plaintiff must submit an inmate trust fund account statement from the Monroe County Jail for the six-month period preceding the filing of the complaint no later than **January 23, 2026**. If he does so, then I will determine whether plaintiff must prepay a portion of the filing fee before the court screens his complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff Andrew Seekamp may have until January 23, 2026, to submit an inmate trust fund account statement from the Monroe County Jail showing deposits and withdrawals for the period beginning approximately May 21, 2025, and ending November 21, 2025. If plaintiff does so, then I will evaluate his motion to proceed *in forma pauperis* and

I will determine what portion of the filing fee, if any, plaintiff must prepay.  If plaintiff fails to submit an account statement by January 23, 2026, then I will assume that plaintiff wishes to withdraw this action voluntarily and his case will be dismissed without prejudice.

Entered this 29th day of December, 2025.

BY THE COURT:


_____/s/_____
ANDREW R. WISEMAN
United States Magistrate Judge